# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

Civil Case No. 7:15-cv-05002

Bovidr Laboratories, Inc,

    Plaintiff,

v.

Animal Wellness Center Corp., Vets Choice, Inc., d/b/a/ Health Extension, and Lambert Vet Supply, LLC.

Defendants.

## STIPULATED ORDER REGARDING INJUNCTIVE RELIEF

Pursuant to a stipulation between the Parties, the Court hereby orders as follows: Defendants, Animal Wellness Center Corp., and Vets Choice, Inc., and its current and future officers and directors, subject to a limited third party sell-off period specifically agreed to by the Parties through a Settlement and Release Agreement, are hereby prohibited from using, or actively or passively causing to be used, the NUTRA DROPS name including colorable imitations thereof or any marks which are confusingly similar thereto, in any manner to Bovidr's NUTRI-DROPS trademark.

SO STIPULATED:

| | |
|---|---|
| DAVID KERR<br>SANTANGELO LAW OFFICES. P.C<br>Attorney for Plaintiff | RONALD ALBER<br>ALBER LAW GROUP, LLP<br>Attorney for Defendants |

STEVEN OLSEN
SIMMONS OLSEN LAW FIRM
Attorney for Plaintiff

_____

DATE this __16th__ day of November, 2015.

_____
United States District Judge, Senior