# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

Civil Case No. 7:15-cv-05002

Bovidr Laboratories, Inc,

    Plaintiff,

v.

Animal Wellness Center Corp., Vets Choice, Inc., d/b/a/ Health Extension, and Lambert Vet Supply, LLC.

    Defendants.

_____

## STIPULATED ORDER OF DISMISSAL
_____

Pursuant to the Stipulated Order Regarding Injunctive Relief entered in this matter, and a Settlement Agreement and Release entered into by and between the parties, the Court hereby dismisses the above-captioned case with prejudice.

SO STIPULATED:

DAVID KERR  
SANTANGELO LAW OFFICES, P.C  
Attorney for Plaintiff

RONALD ALBER  
ALBER LAW GROUP, LLP  
Attorney for Defendants

STEVEN OLSEN  
SIMMONS OLSEN LAW FIRM  
Attorney for Plaintiff

DATE this __16th__ day of November, 2015.

_____  
United States District Judge, Senior